**Appeal Reinstated and Corrected Order filed December 20, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00673-CV
_____

## IN THE INTEREST OF K.G.S. AND T.W.S., CHILDREN

---

**On Appeal from the 312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-01569**

---

## CORRECTED ORDER

This corrected order is issued to correct a typographical error in the cause number of the severed action referenced in the order issued December 11, 2012.

In the underlying suit to modify the parent-child relationship, the Texas Department of Family and Protective Services intervened for protection of the children, and the Department was named temporary managing conservator of the children by order signed June 25, 2012. The Mother of the children counterclaimed against the Department, and the trial court granted the Department's plea to the jurisdiction. The Mother then brought an interlocutory appeal from the order on the plea to the jurisdiction. *See* Tex. Civ. Prac. & Rem. Code §51.014(a)(8).

This court subsequently granted the Department's motion asking the court to extend the abatement of this appeal so that the trial court could consider the Department's motion to sever the child protection action from the Mother's counterclaims. On December 5, 2012, a supplemental clerk's record was filed in this appeal containing the trial court's order granting the Department's motion for severance signed October 30, 2012. The order requires that the Mother's counterclaim against the Department is severed into cause number 2009-01569-A, and the order granting the Department's plea to the jurisdiction is a final, appealable order. The court further ordered that all documents related to the Mother's counterclaim are ordered to be filed in the new cause number 2009-01569-A, and that the Department shall pay all costs associated with the severance.

Accordingly, we **REINSTATE** this appeal. We order appellant, the Mother, to file an amended notice of appeal containing the severed cause number, 2009-01569-A, and stating her desire to appeal the order granting the Department's plea to the jurisdiction on or before January 4, 2013**.** In addition, the Mother is ordered to designate those portions of the reporter's record that are necessary for the appeal of the order granting the plea to the jurisdiction, and the designation shall also be filed on or before **January 4, 2013.**

PER CURIAM